B088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
MAY 21 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:24-cr-118 |
| ) | |
| v. ) | (18 U.S.C. §§ 113(a)(8), 113(a)(4), and |
| ) | 2261(a)) |
| QUINTIN OWENS ) | |
| ) | **[UNDER SEAL]** |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 11, 2022, within the special maritime and territorial jurisdiction of the United States, to wit, on the high seas aboard the Norwegian Getaway cruise ship during a voyage having a scheduled departure from and arrival in Orlando (Port Canaveral), Florida, the defendant, QUINTIN OWENS, a resident of the Western District of Pennsylvania and a national of the United States, did assault Victim A, his intimate and dating partner, a resident of the Western District of Pennsylvania and a national of the United States, by strangling her in a choke hold.

In violation of Title 18, United States Code, Sections 113(a)(8), 7(1), and 7(8).

## COUNT TWO

The grand jury further charges:

On or about October 11, 2022, within the special maritime and territorial jurisdiction of the United States, to wit, on the high seas aboard the Norwegian Getaway cruise ship during a voyage having a scheduled departure from and arrival in Orlando (Port Canaveral), Florida, the defendant, QUINTIN OWENS, a resident of the Western District of Pennsylvania and a national of the United States, did assault Victim A, a resident of the Western District of Pennsylvania and a national of the United States, by striking, beating, and wounding her.

In violation of Title 18, United States Code, Section 113(a)(4).

## COUNT THREE

The grand jury further charges:

On or about October 11, 2022, within the special maritime and territorial jurisdiction of the United States, to wit, on the high seas aboard the Norwegian Getaway cruise ship during a voyage having a scheduled departure from and arrival in Orlando (Port Canaveral), Florida, the defendant, QUINTIN OWENS, a resident of the Western District of Pennsylvania and a national of the United States, with the intent to kill, injure, harass, and intimidate Victim A, his intimate and dating partner, a resident of the Western District of Pennsylvania and a national of the United States, did commit a crime of violence against Victim A, to wit, assault by strangulation, in violation of Title 18, United States Code, Section 113(a)(8), which resulted in life-threatening bodily injury to Victim A, and assault by striking, beating, or wounding, in violation of Title 18, United States Code, Section 113(a)(4).

In violation of Title 18, United States Code, Sections 2261(a)(1), 7(1), and 7(8).

A True Bill,

*Stacey V Barnwell*
FOREPERSON

*[signature]*
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

*[signature]*
NICOLE VASQUEZ SCHMITT
Assistant United States Attorney
PA ID No. 320316