IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>QUINTIN OWENS,<br><br>    *Defendant.* | Criminal No. 2:24-cr-118 - 1<br><br>Hon. William S. Stickman IV |

### CHANGE OF PLEA

AND NOW, on the record this 16th day of April 2025, the defendant in the above-captioned matter, QUINTIN OWENS, withdraws his plea of not guilty and enters a plea of GUILTY to Count 2 of the Indictment.

_____
Signature of Defendant Quintin Owens

_____
Signature of Attorney Amy Jones
Counsel for Defendant